# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ALEXANDER J. LOPEZ,**
**A# 079 021 753,**

    **Petitioner,**

vs.                                             **Case No. 4:17cv245-RH/CAS**

**JEFF SESSIONS, et al.,**

    **Respondents.**
_____/

## **REPORT AND RECOMMENDATION**

Petitioner, proceeding pro se, submitted what was titled as an "emergency petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241." ECF No. 1. Petitioner did not, however, pay the $5.00 filing fee or submit an in forma pauperis motion at the time of case initiation. An Order was entered on June 5, 2017, directing Petitioner to do one or the other to proceed with this case. ECF No. 3. Petitioner's deadline in which to comply was June 30, 2017. *Id.* As of this date, Petitioner has not filed an in forma pauperis motion, nor has the filing fee been paid.

Petitioner was advised that if he failed to comply with that Order, a recommendation would be made to dismiss his case.  ECF No. 3.  It now appears that Petitioner has abandoned this litigation.  Accordingly, this case should now be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with a Court Order and for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on July 7, 2017.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:17cv245-RH/CAS